FILED

2018 May-08  PM 05:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | | |
|---|---|---|
| **RAYMOND J. LANDIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **CASE NO. 2:17-CV- 01690-LSC** |
| | ) | |
| **UNUM GROUP CORPORATION,** | ) | |
| **et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT STIPULATION OF DISMISSAL

COME NOW the parties, by and through their undersigned counsel of record, and hereby stipulate to the dismissal of this action, with prejudice, costs to be taxed as paid.

Respectfully submitted this 8th day of May, 2018.

/s/ Kristen S. Cross
James S. Williams (ASB-5148-W79J)
Kristen S. Cross (ASB-3465-S82K)
Attorneys for Defendants, Unum
Group Corporation and Unum Life
Insurance Company of America

**OF COUNSEL:**
Sirote & Permutt, P.C.
P. O. Box 55727
Birmingham, AL  35255-5727
(205) 930-5100
FAX (205) 930-5101
jwilliams@sirote.com
kcross@sirote.com

/s/ M. Clayborn Williams
M. Clayborn Williams
Attorney for Plaintiff,
Raymond J. Landis

**OF COUNSEL:**
The Martin Law Group, LLC
P. O. Box 20087
Tuscaloosa, AL  35402-0087
clay@erisacase.com