IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| RAYMOND J. LANDIS, ) | |
| Plaintiff, ) | |
| vs. ) | 7:17-cv-01690-LSC |
| UNUM GROUP CORPORATION, et al., ) | |
| Defendants. ) | |

**ORDER**

This Court acknowledges receipt of the parties' Joint Stipulation for Dismissal (doc. 13) filed on May 8, 2018. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** AND **ORDERED** ON MAY 9, 2018.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

190485